IN RE:                                  CASE NO. 09-50469

KELLY V. GEARHART                       CHAPTER 7
TAMARA D. LOWE
         Debtors                        REPORT OF UNCLAIMED
                                        _____DIVIDEND_____


    Harold A. Corzin, Trustee herein, reports that checks #21066, 21096, 21098, 21125, 21155, 21247, 21598 and 21610 were issued on January 26, 2015 to the following unsecured claimants as and for dividends in this estate, in the amounts set forth below, but that said checks have not been negotiated. The Trustee thus issues check #21628 to the Clerk of Courts as and for the unclaimed dividends herein.

|              | Claimant | Amount |
|---|---|---|
| Check #21066<br>Claim #007 | Anthem Blue Cross<br>c/o WellPoint, Inc.,Attn: Janet<br>Andrea,21555 Oxnard St., First Floor<br>Woodland Hills, CA 91367 | $3,224.00 |
| Check #21096<br>Claim #036 | G&J Tile Company<br>3148 El Camino Real<br>Atascadero, CA 93422 | 129.18 |
| Check #21098<br>Claim #038 | LGA Architecture Inc<br>P.O. Box 2843<br>Pismo Beach, CA 93448 | 396.61 |
| Check #21135<br>Claim #84 | Vincent De Paulo<br>241 N Courtland Apt. 349<br>Arroyo Grande, CA  93420-2487 | 958.90 |
| Check #21155<br>Claim #119 | Jesse H. & Barbara J. Sprague<br>5485 Capistrano<br>Atascadero, CA 93422 | 191.78 |
| Check #21247<br>Claim #222 | Douglas C Williams<br>Susan T Williams<br>3288 Martinez Street<br>San Diego, CA 92106 | 1,467.12 |
| Check #21598<br>Claim #595 | SUSAN SNYDER<br>C/O SCOTT R. BAKER<br>133 BRIDGE ST., SUITE D | 4,547.90 |

```
                    ARROYO GRANDE, CA 93420

Check #21610    Elizabeth Newton                            2,879.98
Claim #610      c/o Scott R. Baker
                133 Bridge St., Suite D
                Arroyo Grande, CA 93420
                                      Total      $13,795.47


                                 /s/Harold A. Corzin__
                                 HAROLD A. CORZIN, TRUSTEE
                                 304 N. Cleveland-Massillon Rd.
                                 Akron, Ohio 44333
```

May 20, 2015

cc:  U. S. Trustee